UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:16-cv-09608-DOC-SHK | Date: | March 7, 2019 |
| Title: | *Patricia Bellows v. D.G. Adams* | | |

Present: The Honorable  Shashi H. Kewalramani, United States Magistrate Judge

| D. Castellanos | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings (IN CHAMBERS): ORDER TO SHOW CAUSE**

On September 12, 2018, the Court issued its Order Regarding Filing of Second Amended Petition. Electronic Case Filing Number ("ECF No.") 36, Order. In its Order, Petitioner was ordered to file a motion to amend the First Amended Petition ("FAP") and lodge a proposed Second Amended Petition ("SAP") that included the additional claims that were exhausted, and Petitioner was warned that if Petitioner did not move to file a SAP, the Court would presume that Petitioner wishes proceed with the FAP.

Petitioner was granted two extensions of time on October 30, 2018, and December 18, 2018, to file a SAP. ECF Nos. 38, 40. On January 14, 2019, attorney Mark A. McBride filed a notice of appearance on behalf of Petitioner. ECF No. 41. Thereafter, the Court granted three additional enlargements of time for Petitioner to file a SAP. ECF No. 43, 45, 47. In the Court's fifth and final Order granting Petitioner an enlargement of time to file a SAP, Petitioner was granted until February 8, 2019, to file a SAP. ECF No. 47. To date, and notably nearly a month after the fifth extended deadline has passed, Petitioner has still not filed a SAP.

Accordingly, on or before **March 15, 2019**, Petitioner is ORDERED to either: (a) advise the Court that she does not desire to pursue this action and move forward with the FAP; (b) show good cause in writing, if any exists, why petitioner has not timely filed with the Court her motion for leave to Amend and lodged the SAP; or (c) file her motion for leave to Amend and lodge her SAP.

Petitioner is warned that if she fails to do either of the provided options, the Court may deem the matter submitted on Petitioner's FAP.

**IT IS SO ORDERED.**