UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>               Petitioner,<br><br>    v.<br><br>D.G. ADAMS, Warden,<br><br>               Respondent. | Case No. 2:16-cv-09608-DOC-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner's Second Amended Petition and Motion for Stay and Abeyance ("Motion for Stay"), the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Electronic Case Filing Number ("ECF No.") 49, Motion for Stay; ECF No. 51, R&R. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Petitioner's Motion for Stay is DENIED.

Dated: April 29, 2019

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge