UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>                      Petitioner,<br><br>      v.<br><br>WARDEN D.G. ADAMS,<br><br>                      Respondent. | Case No. 2:16-cv-09608-DOC (SHK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

     Pursuant to 28 U.S.C. § 636, the Court has reviewed Petitioner Patricia Bellows's First Amended Petition, the relevant records on file, and the Report and Recommendation ("R&R") of the United States Magistrate Judge. Electronic Case Filing Number ("ECF No.") 55, R&R. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

     IT IS THEREFORE ORDERED that the First Amended Petition be DENIED and that Judgment be entered dismissing this action with prejudice.

Dated: October 10, 2019

                                                               _____<br>
                                                                HONORABLE DAVID O. CARTER<br>
                                                                United States District Judge