JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA BELLOWS,<br><br>                      Petitioner,<br><br>       v.<br><br>WARDEN D.G. ADAMS,<br><br>                  Respondent. | Case No. 2:16-cv-09608-DOC (SHK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: October 10, 2019

_David O. Carter_
HONORABLE  DAVID O. CARTER
United States District Judge